UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-31045
Civil Docket #96-CV-3737-I
_____


DAVID JONES,

Plaintiff-Appellee,

versus

ST. TAMMANY PARISH JAIL; ET AL,

Defendants,

RODNEY STRAIN, Sheriff,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

October 31, 2000

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

The court has carefully considered this appeal in light
of the briefs, oral arguments, and pertinent portions of the
record.  Having done so, we find no reversible error of fact or law
and so affirm the judgment of the district court.  In so doing,
however, we also strongly disapprove of the rhetorical excess
employed by plaintiff's counsel while in trial.  There is no place

[*]     Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

in the federal courts for appeals based on racial stereotypes or prejudices, nor is there a place for suggesting inferences about witnesses' conduct that are not rooted in the record.

**AFFIRMED.**